IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>YEVHEN KULIBABA, YURIY KONOVALENKO,<br><br>    Defendants. | 4:11CR3074<br><br>MEMORANDUM AND ORDER |

  A status conference, originally scheduled to be held June 2, 2014, was held today before the undersigned magistrate judge. Based on the representations of parties' counsel, the parties have worked toward reviewing and understanding the transactions and voluminous documentation underlying this case, but those efforts are not complete. After explaining these circumstances, the defendants agree that this case should be excluded from the time limitations of the Speedy Trial Act so that it can be fairly and justly resolved.

  Accordingly,

IT IS ORDERED:

1)  A trial date will not be set at this time. Instead, a status conference will be held at 9:00 a.m. on August 18, 2014 before the undersigned magistrate judge to discuss case progression and a potential trial setting.

2)  The Court further finds that the time between June 2, 2014 and August 18, 2014 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

June 6, 2014.

                BY THE COURT:
                *s/ Cheryl R. Zwart*
                United States Magistrate Judge