IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>  vs.<br><br>YEVHEN KULIBABA, and<br>YURIY KONOVALENKO,<br><br>        Defendants. | 4:11CR3074<br><br>**MEMORANDUM AND ORDER** |

Government has moved to continue defendants' status hearing. (Filing No. 65). As explained in the motion, the parties need additional time to decide on the appropriate disposition of this matter. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Government's motion to continue, (filing no. 65), is granted.

2) **As to both defendants,** the status hearing will be held before the undersigned magistrate judge on October 27, 2014 at 9:30 a.m.. The defendants are ordered to appear at this hearing.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial. Accordingly, **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and October 27, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i.

August 15, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge