IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:11CR3074** |
| vs. | |
| YEVHEN KULIBABA, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1)      The motion of attorney Kenneth W. Ravenell to withdraw as attorney of record for Defendant Yevhen Kulibaba, (filing no. 83), is granted.

2)      The clerk shall delete Kenneth W. Ravenell from any future ECF notifications herein.

Dated this 7th day of November, 2014

BY THE COURT:

_s/ Cheryl R. Zwart_
United States Magistrate Judge