IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PENCHUKOV, et al,<br><br>　　　　　　Defendant. | 4:11CR3074<br><br>MOTION TO SEAL |

　　　COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to seal the government's application regarding the above-captioned defendants.

　　　DATED this 18th day of December, 2017.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA,

　　　　　　　　　　BY:　ROBERT C. STUART
　　　　　　　　　　　　　Acting United States Attorney, D.NE.


　　　　　　　　　　And:　   *s/Steven A. Russell*
　　　　　　　　　　　　　STEVEN A. RUSSELL #18314
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　487 Federal Building
　　　　　　　　　　　　　100 Centennial Mall North
　　　　　　　　　　　　　Lincoln, NE  68508
　　　　　　　　　　　　　(402) 437-5241

CERTIFICATE OF SERVICE

  I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants: N/A

           *s/Steven A. Russell*
           STEVEN A. RUSSELL
           Assistant United States Attorney